**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ALICE BARKER,

       Plaintiff,

       v.                   No.3:08-cv-683-J-12MCR

SAI DEVA CORPORATION, etc., et al.,

       Defendants.

_____

## O R D E R

    This cause is before the Court on the Notice of Limited Appearance to Advise Court and Counsel of Bankruptcy Filing (Doc. 7), filed August 7, 2008.  Counsel for Defendant Sandip B. Barot  advises the Court that Defendant Sandip B. Barot filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on May 21, 2008.  Upon review of the matter, it is

    **ORDERED AND ADJUDGED**:

    1.    That all proceedings in this case regarding Defendant Sandip B. Barot are hereby stayed pending the proceedings in the United States Bankruptcy Court for the Middle District of Florida; and

    2.    That upon completion of the bankruptcy proceedings concerning Defendant Sandip B. Barot, he shall promptly file a motion to lift the stay, or such other submission as he deems appropriate.

**DONE AND ORDERED** this _____16th_____ day of October 2008.


HOWELL W. MELTON
United States District Judge


c: Counsel of Record


HOWELL W. MELTON
United States District Judge